# United States District Court

## Eastern District of Wisconsin

**SHELLEY ANN WELLS,**

        Petitioner,

    v.

**ANA BOATWRIGHT,** Warden,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER**: **06-CV-1167**

[X]   **Decision by Court**. This action came for consideration before the Court.

### IT IS ORDERED AND ADJUDGED

Wells's petition and this case is hereby **dismissed** with prejudice**.**

        Jon W. Sanfilippo, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN

Date: <u>March 2, 2007</u>      (By) <u>s/C. Quinn, Deputy Clerk</u>

        Approved  this <u>2nd</u> day of March, 2007.

        <u>s/AARON E. GOODSTEIN</u>
        United  States  Magistrate Judge